UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMATED PET CARE
PRODUCTS, LLC,

    Plaintiff,

v.

PURLIFE BRANDS, INC. et al,

    Defendant.

_____/

Case No. 26-cv-10480

HON. MARK A. GOLDSMITH

## ORDER FOLLOWING HEARING

As stated at the Court's status conference held on April 28, 2026, Defendant PurLife Brands, Inc. has until May 12, 2026 to have an attorney file an appearance on its behalf. If no appearance is filed, Plaintiff must apply for entry of a default no later than May 19, 2026.

No later than May 4, 2026, Plaintiff must file on this Court's docket all filings from the docket of the court from which this case was transferred relative to Plaintiff's motion to enforce settlement.

SO ORDERED.

Dated: April 29, 2026
Detroit, Michigan

/s Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE